

FILED
JUL 03 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3-07-70396 JL |
| Plaintiff, | SEALING ORDER |
| v. | (UNDER SEAL) |
| JEFFREY BENJAMIN HARRISON, | |
| Defendant. | |

Upon the motion of the government and for good cause appearing, IT IS HEREBY ORDERED THAT the Clerk of the Court file and maintain the complaint and arrest warrant in the case United States v. Jeffrey Benjamin Harrison and this Sealing Order under seal until further order from this Court

IT IS SO ORDERED.

DATED: 7-3-07

JAMES LARSON
Chief United States Magistrate Judge

SEALING ORDER