□ DOCUMENTS UNDER SEAL

| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Wings Hom | REPORTER/TAPE NO.<br>FTR 9:41-9:43 | |
|---|---|---|---|
| MAGISTRATE JUDGE<br>JAMES LARSON | DATE<br>July 6, 2007 | □ NEW CASE | CASE NUMBER<br>3-07-70396 JL |

FILED 2007 JUL -6 AM 11:16 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO DIST OF CA

### APPEARANCES

| DEFENDANT<br>Jeffrey Harrison | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Edwin Prather | □ PD.<br>□ APPT.<br>☒ RET. |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Susan Badger | INTERPRETER | | | FIN. AFFIDAVIT SUBMITTED □<br>DEFENDANT ELIGIBLE FOR APPOINTED COUNSEL □<br>COUNSEL APPOINTED □<br>PARTIAL PAYMENT OF CJA FEES ORDERED □ | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Brad Wilson | | | | |

### PROCEEDINGS SCHEDULED TO OCCUR

| □ INITIAL APPEARANCE | □ PRELIMINARY HEARING | □ MOTION | □ JUDGMENT & SENTENCING | □ STATUS |
|---|---|---|---|---|
| ☒ I.D. COUNSEL | □ OR ARRAIGNMENT | □ BOND POSTING/SIGNING | □ IA ON PETITION TO REVOKE PROB. | □ TRIAL |
| □ DETENTION HEARING | □ REMOVAL HEARING | □ CHANGE OF PLEA | □ PROB. REVOC. OR SUPV. REL. HRG. | ☒ OTHER |

### INITIAL APPEARANCE

| □ ADVISED OF RIGHTS | □ ADVISED OF CHARGES | □ NAME AS CHARGED IS TRUE NAME | □ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| □ ARRAIGNED ON INFORMATION | □ ARRAIGNED ON INDICTMENT | □ READING WAIVED SUBSTANCE STATED | □ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| □ RELEASED ON O/R | □ ISSUED APPEARANCE BOND | ➔ AMOUNT OF SECURITY | AMOUNT RECEIVED $ | □ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY POSTED/TO BE POSTED | | REAL PROPERTY: □ |
|---|---|---|
| □ CASH | □ CORPORATE SECURITY | |

| □ MOTION FOR DETENTION | □ PRETRIAL SERVICES REPORT ORDERED | □ DETAINED | □ RELEASED | □ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

| ORDER REMOVED TO THE DISTRICT OF | OTHER: |
|---|---|

### PLEA

| □ CONSENT ENTERED | □ NOT GUILTY | □ GUILTY | □ GUILTY TO COUNTS: |
|---|---|---|---|
| □ PRESENTENCE REPORT ORDERED | □ CHANGE OF PLEA | □ PLEA AGREEMENT FILED | □ OTHER: |

### CONTINUANCE

| TO: 7-9-07 | □ I.D. COUNSEL | □ BOND POSTING/SIGNING | □ STATUS RE: CONSENT | □ JURY TRIAL |
|---|---|---|---|---|
| AT: 9:30 a.m. | □ FINAN. AFFIDAVIT SUBMITTED | □ PRELIMINARY HEARING OR ARRAIGNMENT | □ PLEA | □ BOND HEARING |
| BEFORE HON.<br>JL | ☒ DETENTION HEARING | | □ TO HEAR MOTIONS | □ JUDGMENT & SENTENCING |
| □ TIME WAIVED | | □ IDENTITY/REMOVAL HEARING | □ PRETRIAL CONFERENCE | □ PROBATION REV. HEARING |
| □ TIME EXCLUDABLE UNDER 18 § USC 3161 | | □ TRIAL SETTING | □ COURT TRIAL | □ STATUS |

### ADDITIONAL PROCEEDINGS

and to set PH/Arrt

COPIES SENT TO: Venice,    DOCUMENT NUMBER: