1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   DOUG SPRAGUE
3  Acting Criminal Chief (CABN 202121)

4  JOSHUA B. EATON (CABN 196887)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-6958
7     Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 3-07-70396-JL |
| Plaintiff, | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM July 9, 2007 TO JULY 26, 2007 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A) & (B)(iv)) |
| v. | |
| JEFFREY BENJAMIN HARRISON, | |
| Defendant. | |

   On July 5, 2007, based on a criminal complaint presented by Immigration and Customs Enforcement Special Agent Michael Appio, the Honorable James Larson issued an arrest warrant for the Defendant. On July 9, 2007, the Court held an Initial Appearance and set the matter for further proceedings on July 23, 2007. Additionally on July 9, 2007, the parties stipulated, and the Court that time should be excluded from the Speedy Trial Act calculations from July 9, 2007 to July 23, 2007.

   Counsel for the Government is continuing to produce discovery to the Defendant and the parties continue to discuss pre-indictment resolution. Moreover, counsel for the Government will be out of the office teaching at the Department of Justice National Advocacy Center from

July 18, 2007 through July 20, 2007, and at a Department meeting in Washington D.C. from July 23 through July 25, 2007.  The parties represent that granting the continuance is necessary for effective preparation of counsel and continuity of counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

Accordingly, the parties have agreed as follows:

1. The proceedings scheduled for July 23, 2007 should be removed from calendar and be continued until July 26, 2007.

2. The Defendant agrees to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny both Government and Defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, the need for both sides to investigate the facts of the case, the on-going attempts to reach a pre-indictment disposition, and the need for continuity of counsel. Id. § 3161(h)(8)(A) & (B)(iv).

3. Given these circumstances, the parties agree and the Court should find that the ends of justice are served by excluding the period from July 9, 2007 to July 26, 2007 from the Speedy Trial Act calculation and outweigh the best interest of the public and the Defendant in a speedy trial.  Id. § 3161(h)(8)(A).

IT IS SO STIPULATED.

DATED: July 17, 2007         /s/ Joshua B. Eaton
                             JOSHUA B. EATON
                             Assistant United States Attorney


DATED: July 17, 2007         JBE for  /s/ Craig H. Bessenger
                             CRAIG H. BESSENGER
                             Attorney for JEFFREY HARRISON

1  **IT IS SO ORDERED.**

2      With the agreement of the parties, and with the consent of the defendant, the Court enters

3  this order (1) removing this matter from the July 23, 2007 calendar, and scheduling further

4  proceedings in this matter for July 26, 2007; and (2) documenting the exclusion of time from July

5  9, 2007 to July 26, 2007, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

6

7  DATED:_____    _____

8                                               THE HON. JAMES LARSON
                                             United States Magistrate Judge