SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE III (CSBN 202121)
Acting Chief, Criminal Division

JOSHUA B. EATON (CSBN 196887)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6917
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 3-07-70396 JL |
| Plaintiff, ) | |
| v. ) | NOTICE OF SUBSTITUTION |
| JEFFREY BENJAMIN HARRISON, ) | |
| Defendant. ) | |

    TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

    PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance of Joshua B. Eaton, Assistant United States Attorney, and to withdraw the appearance of Susan E. Badger, the Assistant United States Attorney who was formerly assigned to represent the United States of America. The Clerk is requested to change the docket sheet and other Court records so as to reflect that all Orders and communications from the Court will in the future be directed to AUSA Joshua B. Eaton at the above mailing address, telephone number, facsimile number and e-mail address.

CR 3-07-70396 JL
NOTICE OF SUBSTITUTION                1

1  Please also take notice that, from the date of this request, service on the United States of
2  America should be made on Mr. Eaton only. Please amend your service lists accordingly. While
3  W. Douglas Sprague, Acting Chief of the Criminal Division, and Scott N. Schools, United States
4  Attorney, will appear on the pleadings with Mr. Eaton, no service need be made on them.

6  DATED: July 17, 2007                    Respectfully submitted,

7                                          SCOTT N. SCHOOLS
                                            United States Attorney

10                                          _____/S/_____
                                            JOSHUA B. EATON
                                            Assistant United States Attorney

CR 3-07-70396 JL
NOTICE OF SUBSTITUTION                    2