1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2

3  DOUG SPRAGUE
   Acting Criminal Chief (CABN 202121)

4  JOSHUA B. EATON (CABN 196887)
   Assistant United States Attorney

5

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
       Telephone: (415) 436-6958

7      Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )   CR No. 3-07-70396-JL
                                       )
15        Plaintiff,                   )   [~~PROPOSED~~] ORDER AND STIPULATION
                                       )   EXCLUDING TIME FROM July 9, 2007 TO
16     v.                              )   JULY 26, 2007 FROM THE SPEEDY TRIAL
                                       )   ACT CALCULATION (18 U.S.C.
17  JEFFREY BENJAMIN HARRISON,         )   § 3161(h)(8)(A) & (B)(iv))
                                       )
18        Defendant.                   )
                                       )
19  _____    )

20      ___On July 5, 2007, based on a criminal complaint presented by Immigration and Customs

21  Enforcement Special Agent Michael Appio, the Honorable James Larson issued an arrest warrant

22  for the Defendant.  On July 9, 2007, the Court held an Initial Appearance and set the matter for

23  further proceedings on July 23, 2007.  Additionally on July 9, 2007, the parties stipulated, and

24  the Court that time should be excluded from the Speedy Trial Act calculations from July 9, 2007

25  to July 23, 2007.

26      Counsel for the Government is continuing to produce discovery to the Defendant and the

27  parties continue to discuss pre-indictment resolution.  Moreover, counsel for the Government

28  will be out of the office teaching at the Department of Justice National Advocacy Center from

Stipulation and [Proposed] Order Excluding Time - CR 3-07-70396-JL

1   July 18, 2007 through July 20, 2007, and at a Department meeting in Washington D.C. from July

2   23 through July 25, 2007.   The parties represent that granting the continuance is necessary for

3   effective preparation of counsel and continuity of counsel, taking into account the exercise of due

4   diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

5          Accordingly, the parties have agreed as follows:

6   1.    The proceedings scheduled for July 23, 2007 should be removed from calendar and be

7          continued until July 26, 2007.

8   2.    The Defendant agrees to an exclusion of time under the Speedy Trial Act.  Failure to

9          grant the requested continuance would unreasonably deny both Government and Defense

10         counsel reasonable time necessary for effective preparation, taking into account the

11         exercise of due diligence, the need for both sides to investigate the facts of the case, the

12         on-going attempts to reach a pre-indictment disposition, and the need for continuity of

13         counsel. Id. § 3161(h)(8)(A) & (B)(iv).

14  3.    Given these circumstances, the parties agree and the Court should find that the ends of

15         justice are served by excluding the period from July 9, 2007 to July 26, 2007 from the

16         Speedy Trial Act calculation and outweigh the best interest of the public and the

17         Defendant in a speedy trial.  Id. § 3161(h)(8)(A).

18         IT IS SO STIPULATED.

19

20  DATED: July 17, 2007                    /s/ Joshua B. Eaton
                                           JOSHUA B. EATON
21                                         Assistant United States Attorney

22
    DATED: July 17, 2007                   JBE for  /s/ Craig H. Bessenger
23                                         CRAIG H. BESSENGER
                                           Attorney for JEFFREY HARRISON
24

25

26

27

28

Stipulation and [Proposed] Order Excluding Time - CR 3-07-70396-JL
2

1  **IT IS SO ORDERED.**

2        With the agreement of the parties, and with the consent of the defendant, the Court enters

3  this order (1) removing this matter from the July 23, 2007 calendar, and scheduling further

4  proceedings in this matter for July 26, 2007; and (2) documenting the exclusion of time from July

5  9, 2007 to July 26, 2007, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

6

7  DATED:_____7/17/07_____

8                                         THE
                                          Judge Nandor J. Vadas

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order Excluding Time - CR 3-07-70396-JL