SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

DOUG SPRAGUE
Acting Criminal Chief (CABN 202121)

JOSHUA B. EATON (CABN 196887)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-7102
  Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 3-07-70396-JL |
| Plaintiff, | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM JULY 26, 2007 TO AUGUST 15, 2007 |
| v. | |
| JEFFREY BENJAMIN HARRISON, | |
| Defendant. | |

___With the agreement of the parties, and with the consent of the defendant, the Court enters this order extending the time for the preliminary hearing under Federal Rule of Criminal Procedure 5.1, and extending the 30-day time period for indictment and excluding time under the Speedy Trial Act (18 U.S.C. § 3161) from July 26, 2007 to August 15, 2007.   The parties agree, and the Court finds and holds, as follows:

1. The defendant is presently charged by criminal complaint for a violation of 18 U.S.C. §2252(a)(4)(B) and (a)(1) Currently, the matter is scheduled for a preliminary examination or arraignment on August 15, 2006.

[PROPOSED] ORDER
AND STIPULATION EXCLUDING TIME
CR 3-07-70396-JL

1

2.  The parties request and stipulate herein that: (a) with the defendant's consent, the twenty-day time limit for a preliminary hearing or indictment under F.R.Crim.P. 5.1(a), (c), and (d) be extended; and (b) time be excluded from calculation of the thirty-day time limit for information or indictment under 18 U.S.C. § 3161(b).

3.  The parties make this request because the United States has provided and will continue to make discovery available to defense counsel and thus defense counsel needs time to review those materials, meet with the defendant and determine how to proceed.  Specifically, defense counsel needs to determine whether a pre-charge disposition is appropriate.  Only after evaluating the evidence will counsel be in a position to evaluate what disposition is an appropriate one.  He also believes it is his best interest to negotiate the case pre-indictment, and he cannot do that without evaluating the evidence.  Accordingly, the extension and exclusion are required for effective preparation of defense counsel.

3.  The Court finds that there is good cause for the extension under F.R.Crim.P. 5.1, and the exclusion under 18 U.S.C. § 3161, and that the ends of justice served by granting this continuance outweigh the best interests of the public and of the defendant in a speedy trial and the prompt disposition of criminal cases.  18 U.S.C. § 3161(h)(8)(A).  The Court further finds that failure to grant the continuance would deny counsel for all parties reasonable time necessary for effective preparation taking into account the exercise of due diligence under 18 U.S.C. § 3161(h)(8)(B)(iv).

4.  Accordingly, and with the consent of the defendant, the Court (1) sets a date before the duty magistrate judge on August 15, 2007, at 9:30 a.m., for setting a date for preliminary hearing and (2) orders that the period from July 26, 2007, to August 15, 2007, be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy

///

///

Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

[PROPOSED] ORDER
AND STIPULATION EXCLUDING TIME
CR 3-07-70396-JL

1          IT IS SO STIPULATED.

2

3     DATED: AUGUST 2, 2007                    _____/S/_____
                                              JOSHUA B. EATON
                                              Assistant United States Attorney

4

5     DATED: August 2, 2007                    _____/S/_____
                                              EDWIN PRATHER
6                                             Attorney for JEFFREY HARRISON

7

8     **IT IS SO ORDERED.**

9

10

11    DATED:_____                  _____
                                              THE HON. JAMES LARSON
12                                            United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER
AND STIPULATION EXCLUDING TIME
CR 3-07-70396-JL