1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

3  W. DOUG SPRAGUE (CABN 202121)
   Acting Criminal Chief

4  JOSHUA B. EATON (CABN 196887)
   Assistant United States Attorney
5  Josh.Eaton@usdoj.gov

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
7     Telephone: (415) 436-7102
      Facsimile: (415) 436-7234

   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 81 CORTE LENOSA, APARTMENT A, GREENBRAE, CALIFORNIA | CR No. 3-07-70396-JL<br><br>APPLICATION AND PROPOSED ORDER TO EXTEND TIME TO EXECUTE SEARCH WARRANT |

Pursuant to the Northern District of California "Protocol for Searching Devices or Media that Store Data Electronically" the Government has endeavored to complete an off-site search of the evidence seized in the above entitled search warrant. The Government has been unable to complete the search with the thirty (30) day period following July 5, 2007, the original search warrant execution date. Therefore, the Government applies for this extension from the Court.

The forensic laboratory has made all reasonable efforts to complete its search of the evidence seized. However, due to the volume of evidence seized - nine hard drives, three computers, 149 compact disks, and two DVDs - the laboratory has been unable to complete its search of all of the

devices and media seized from the premise.  The forensic laboratory will continue its efforts to appropriately search the evidence seized in accordance with the "Protocol for Searching Devices or Media that Store Data Electronically" and anticipates that this can be accomplished within the next thirty days.

The Government, therefore, submits this application for a thirty day extension to complete the execution of the above captioned search warrant.

DATED: AUGUST 3, 2007                                           /S/
                                                        JOSHUA B. EATON
                                                        Assistant United States Attorney

**IT IS SO ORDERED.**

Pursuant to the Government's Application, I find good cause to extend the initial 30-day time period listed in the "Protocol for Searching Devices or Media that Store Data Electronically" by thirty days.

DATED:_____
                                                        THE HON. JAMES LARSON
                                                        United States Magistrate Judge