AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C., Section 2252(a)(4)(B) - Possession of Child Pornography;
18 U.S.C. Section 2252(a)(1) - Transportation of Child Pornography

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
See Attachment Sheet

**DEFENDANT - U.S.**
▶ JEFFREY BENJAMIN HARRISON

**DISTRICT COURT NUMBER**
CR 07 0594 PJH

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
UNITED STATES PARK POLICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
3-07-70396 JC

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)  JOSHUA B. EATON

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☑ Is on Bail or Release from (show District)
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

## *PENALTY SHEET ATTACHMENT*

**Count One**:   **18 U.S.C. § 2252(a)(4)(B): Possession of Child Pornography**

| | |
|---|---|
| Maximum prison sentence | 10 years |
| Maximum fine | $250,000 |
| Minimum supervised release term | 5 years |
| Maximum supervised release term | Life |
| Mandatory special assessment | $100 |

**Count Two**:   **18 U.S.C. § 2252(a)(1): Transportation of Child Pornography**

| | |
|---|---|
| Minimum prison sentence | 5 years |
| Maximum prison sentence | 20 years |
| Maximum fine | $250,000 |
| Minimum supervised release term | 5 years |
| Maximum supervised release term | Life |
| Mandatory special assessment | $100 |

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CR No. 07 0594 PJH |
|---|---|
| Plaintiff, | ) VIOLATION: Title 18 United States Code, Section 2252(a)(4)(B) - Possession of Child Pornography; Title 18, United States Code, Section 2252(a)(1) - Transportation of Child Pornography |
| v. | ) |
| JEFFREY BENJAMIN HARRISON, | ) |
| Defendant. | ) SAN FRANCISCO VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE: 18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography

On or about July 1, 2007, in the Northern District of California, the defendant,

JEFFREY BENJAMIN HARRISON,

did knowingly possess one or more matters which contained one or more visual depictions that had been shipped and transported in interstate or foreign commerce, by any means including by computer, where the producing of such visual depictions, as he well knew, involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

1  COUNT TWO: 18 U.S.C. § 2252(a)(1) - Transportation of Child Pornography
2  On or about July 1, 2007, in the Northern District of California, the defendant,
3  JEFFREY BENJAMIN HARRISON,
4  did knowingly transport and ship in interstate or foreign commerce by any means, including by
5  computer, one or more visual depictions, the production of which, as he well knew, involved the
6  use of a minor engaging in sexually explicit conduct and such visual depictions were of such
7  conduct, in violation of Title 18, United States Code, Section 2252(a)(1).
8  FORFEITURE ALLEGATIONS: 18 U.S.C. §§ 2253(a)(1) and (a)(3) - Criminal Forfeiture
9  Upon conviction of the offenses alleged in Counts One and Two, the defendant,
10  JEFFREY BENJAMIN HARRISON,
11  shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1)
12  and (a)(3), all visual depictions described in Title 18, United States Code Section 2252, and all
13  property, real or personal, used or intended to be used to commit or promote the commission of
14  the offenses of conviction, including but not limited to the following items that were seized from
15  defendant on or about July 1, 2007 and July 5, 2007:
16      a.  IBM Thinkpad laptop computer – serial number L3-A4507
17      b.  SanDisk Cruzer 4 gigabyte thumb drive
18      c.  Sony VAIO laptop computer – serial number 2830903232100G2
19      d.  Hewlett Packard computer tower – serial number MXK505OPM3
20      e.  Micronet external hard drive – serial number A305235
21      f.  Seagate Barracude hard drive - serial number 3HSIL6G0
22      g.  Seagate Barracuda hard drive - serial number 3CK0LATB
23      h.  Seagate Barracuda hard drive – serial number 3HS24PHJ
24      i.  Western Digital hard drive – serial number WMA8CI863331
25  ///
26  ///
27  ///
28  ///

INFORMATION                                             Page 2 of 3

j. 11 compact disks

DATED:    September 18, 2007

SCOTT N. SCHOOLS
United States Attorney

*/s/ Ioana Petrou*

IOANA PETROU
Chief, Major Crimes Section

(Approved as to form: _____)
JOSHUA B. EATON
Assistant United States Attorney

INFORMATION                          Page 3 of 3