AO 455 (Rev. 12/03) Waiver of Indictment

# United States District Court

_Northern_ DISTRICT OF _California_

UNITED STATES OF AMERICA
V.

Jeffrey B. Harrison

**WAIVER OF INDICTMENT**

CASE NUMBER: CR 07-0594 PJH

I, _Jeffrey B. Harrison_, the above named defendant, who is accused of

18 USC § 2252(a)(4)B) - possession of child pornography

18 USC § 2252(a)(1) - transportation of child pornography

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _September 21, 2007_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**FILED**
SEP 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_/s/ Jeffrey B. Harrison_
Defendant

_/s/_
Counsel for Defendant

Before _/s/ Elizabeth D. Laporte_
Judge