# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date: October 3, 2007**                                     **JUDGE:  Phyllis J. Hamilton**

**Case No:  CR-07-0594 PJH**

**Case Name:    UNITED STATES   v.   JEFFREY HARRISON (present)**

**Attorney for Plaintiff:      Cynthia Stier for Josh Eaton**
**Attorney for Defendant:   Edwin Prather; Craig H. Bessenger**

**Deputy Clerk:** Nichole Heuerman                    **Court Reporter**: Belle Ball

### PROCEEDINGS

Trial Setting-Held.  Defense counsel informs the court that a disposition has been reached but additional time is needed to prepare the appropriate documentation.  Defense counsel's request for a six week continuance is granted by the court.  Time is excluded from 10/3/07 to 11/21/07 for effective preparation of counsel.  The government to prepare order regarding exclusion of time.  The next hearing date is set on the court's 1:30 calendar.

**CASE CONTINUED TO: November 21, 2007 at 1:30 p.m.  for Change of Plea** .

-------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 10/3/07   Ends 11/21/07
-------------------------------------------------------------------------------------------------------------------

**cc:**     chambers