EDWIN K. PRATHER (State Bar No. 190536)
CRAIG H. BESSENGER (State Bar No. 245787)
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, California 94109
Telephone:  415.749.1800
Facsimile:  415.749.1694
Email: cbessenger@clarencedyer.com
       eprather@clarencedyer.com

Attorneys for Defendant Jeffrey Harrison

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: 3: 07-cr-00594 PJH |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT JEFFREY HARRISON'S PRETRIAL RELEASE CURFEW** |
| v. | |
| JEFFREY HARRISON, | |
| Defendant. | |

Defendant Jeffrey Harrison has been released subject to a curfew imposed by United States Pretrial Services.  Assistant United States Attorney Joshua Eaton and Harrison's attorney, Edwin Prather, have stipulated that Harrison's current curfew obligations should be modified to allow Harrison to leave his residence every day of the week between 6 a.m. and midnight.

Defendant Harrison has discussed this curfew change with his Pretrial Services officer, Rich Sarlatte.  Mr. Sarlatte has indicated his assent to the stipulated curfew modification, contingent on the Court's approval.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:  October ___, 2007                   _____
                                            Honorable James Larson
                                            United States District Chief Magistrate Judge

Page 1

Stipulation and [Proposed] Order Regarding Defendant Jeffrey
Harrison's Pretrial Release Curfew [Case No.: 3-07-cr-00594PJH]

Approved as to form:

 /s/: Craig H. Bessenger
CRAIG H. BESSENGER
Clarence & Dyer LLP
Attorneys for Defendant Jeffrey Harrison


 /s/: Joshua B. Eaton
JOSHUA B. EATON
Assistant United States Attorney

Page 2

Stipulation and [Proposed] Order Regarding Defendant Jeffrey
Harrison's Pretrial Release Curfew [Case No.: 3-07-cr-00594PJH]

Proof of Service

I, Abbie Chin, declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 899 Ellis Street, San Francisco, California 94109; I am employed in the County of San Francisco.

On October 17, 2007, I served a copy, with all exhibits, of the following documents:

- **Stipulation and [Proposed] Order Regarding Defendant Jeffrey Harrison's Pretrial Release Curfew**

___X___ (BY FAX) By transmitting by facsimile machine to the number addressed as below; the facsimile machine I used complied with California Rules of Court, rule 2003 and no error was reported by the machine. Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission.

___X___ (BY ELECTRONIC SERVICE) I caused an electronic delivery subject to 28 U.S.C ¶1746, Local Rules or General Orders of this Court regarding Electronic Case Filing. All pleadings and papers must be electronically served in accordance with those Rules or General Orders with email address(es) as noted below:

| | |
|---|---|
| VIA EMAIL | VIA FACSIMILE |
| Joshua Eaton | U.S. Pretrial Services |
| AUSA | Richard Sarlette |
| 450 Golden Gate Avenue, PO BOX 36055 | 450 Golden Gate Avenue |
| San Francisco, CA 94102 | San Francisco, CA 94102 |
| Email: josh.eaton@usdoj.gov | Fax: (415) 436-7501 |

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed on the above stated date.

/S/:  Abbie Chin
Abbie Chin

Page 3

Stipulation and [Proposed] Order Regarding Defendant Jeffrey
Harrison's Pretrial Release Curfew [Case No.: 3-07-cr-00594PJH]