EDWIN K. PRATHER (State Bar No. 190536)
CRAIG H. BESSENGER (State Bar No. 245787)
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, California 94109
Telephone: 415.749.1800
Facsimile: 415.749.1694
Email: cbessenger@clarencedyer.com
       eprather@clarencedyer.com

Attorneys for Defendant Jeffrey Harrison

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: 3: 07-cr-00594 PJH |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT JEFFREY HARRISON'S PRETRIAL RELEASE CURFEW** |
| v. | |
| JEFFREY HARRISON, | |
| Defendant. | |

Defendant Jeffrey Harrison has been released subject to a curfew imposed by United States Pretrial Services. Assistant United States Attorney Joshua Eaton and Harrison's attorney, Edwin Prather, have stipulated that Harrison's current curfew obligations should be modified to allow Harrison to leave his residence every day of the week between 6 a.m. and midnight.

Defendant Harrison has discussed this curfew change with his Pretrial Services officer, Rich Sarlatte. Mr. Sarlatte has indicated his assent to the stipulated curfew modification, contingent on the Court's approval.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 17, 2007

_____
Honorable James Larson
United States District Chief Magistrate Judge

Page 1

Stipulation and [Proposed] Order Regarding Defendant Jeffrey
Harrison's Pretrial Release Curfew [Case No.: 3-07-cr-00594PJH]