SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOSHUA B. EATON (CABN 196887)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-0805
    Facsimile: (415) 436-7234
    josh.eaton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0594 PJH |
|     Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM OCTOBER 3, 2007 THROUGH NOVEMBER 21, 2007 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |
|     v. ) | |
| JEFFREY BENJAMIN HARRISON, ) | |
|     Defendant. ) | |

    With the agreement of the parties and with the consent of the defendant, the Court enters this order extending time from calculations under the Speedy Trial Act (18 U.S.C. § 3161) from October 3, 2007 to November 21, 2007. The parties agree, and the Court finds and holds as follows:

    1. The defendant is presently charged by criminal information for a violation of 18 U.S.C. §2252(a)(4)(B) and (a)(1). Currently, the matter is scheduled for a change of plea hearing before the Honorable Phyllis Hamilton at 1:30 p.m. on November 21, 2007.

    2. The attorney for the defendant is continuing the process of reviewing initial discovery

from the government; and the attorney for the defendant believes that an exclusion of time from calculations under the Speedy Trial Act is necessary to allow the defense to effectively prepare in light of these facts and that the continuance and exclusion is in the defendant's best interests and is with the defendant's knowledge and consent; and the attorney for the defendant agrees that the exclusion of time from October 3, 2007 to November 21, 2007 is appropriate under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv);

3. The defendant understands and joins in the request to exclude time from Speedy Trial Act calculations from October 3, 2007 to November 21, 2007 for the reasons stated above; and

4. The government agrees to the exclusion of time from Speedy Trial Act calculations for the above reasons, and believes it is appropriate in light of the circumstances. The Court finds that there is good cause for the exclusion of time under 18 U.S.C. § 3161, and that the ends of justice served by granting this continuance outweigh the best interests of the public and of the defendant in a speedy trial and the prompt disposition of criminal cases. 18 U.S.C. § 3161(h)(8)(A). The Court further finds that failure to grant the continuance would deny counsel for all parties reasonable time necessary for effective preparation taking into account the exercise of due diligence under 18 U.S.C. § 3161(h)(8)(B)(iv).

Accordingly, and with the consent of the defendant, the Court orders that the period from October 3, 2007 to November 21, 2007 be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: November 14, 2007

/S/
JOSHUA B. EATON
Assistant United States Attorney

DATED: November 14, 2007

/S/
EDWIN PRATHER
Attorney for JEFFREY HARRISON

1  IT IS SO ORDERED.
2
3  DATED: 11/19/07

