UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** November 21, 2007                                            **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-0594 PJH

**Case Name:**    UNITED STATES   v.   JEFFREY HARRISON (present)

**Attorney for Plaintiff:**    Josh Eaton
**Attorney for Defendant:**   Craig H. Bessenger

**Deputy Clerk:**  Nichole Heuerman                       **Court Reporter**: Belle Ball

**PROCEEDINGS**

Trial Setting/Change of Plea-Held.  The parties inform the court that they are not ready to enter a plea.  Government counsel will be producing additional discovery by Monday 11/26/07.  The parties request for a six week continuance is granted by the court.  The court informs the parties that no more continuances will be granted.  If no plea is entered at the next hearing a trial date will be set.  Time is excluded from 11/21/07 to 1/8/08 for effective preparation of counsel and continuity of counsel.  The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO:** January 8, 2008 at 1:30 p.m.  for Change of Plea .

--------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 11/21/07  Ends 1/8/08
--------------------------------------------------------------------------------------------------------------------

**cc:**    chambers