```
JOSEPH P. RUSSONIELLO (CNB 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    E-mail: denise.barton@usdoj.gov

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>       Plaintiff,            )<br>                              )<br>    v.                        )<br>                              )<br> JEFFREY BENJAMIN HARRISON,   )<br>                              )<br>       Defendant.            )<br> _____) | No. CR 07-594 PJH<br><br>NOTICE OF SUBSTITUTION OF COUNSEL |

      TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

      PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance of Denise M. Barton, Assistant United States Attorney, and to withdraw the appearance of Joshua Bram Eaton, the Assistant United States Attorney who was formerly assigned to represent the United States in this case. The Clerk is requested to change the docket sheet and other Court records so as to reflect that all Orders and communications from the Court will in the future be directed to AUSA Denise M. Barton at the above mailing address, telephone number, facsimile number, and e-mail address.

CR 07-594 PJH
NOTICE OF SUBSTITUTION OF COUNSEL                                                                 1

1     Please also take notice that, from the date of this request, service on the Untied States of
2 America should be made on Denise M. Barton only. Please amend your service lists
3 accordingly.

5 DATED: January 8, 2008          Respectfully submitted,

6                                       JOSEPH P. RUSSONIELLO
                                      United States Attorney

9                                      /s/ Denise Barton
                                    DENISE M. BARTON
                                    Assistant United States Attorney

CR 07-594 PJH
NOTICE OF SUBSTITUTION OF COUNSEL        2