JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOSHUA B. EATON (CABN 196887)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-0805
    Facsimile: (415) 436-7234
    josh.eaton@usdoj.gov

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JEFFREY BENJAMIN HARRISON,<br><br>    Defendant. | CR No. 07-0594 PJH<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER EXCLUDING TIME FROM NOVEMBER 21, 2007 THROUGH JANUARY 8, 2008 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |

    With the agreement of the parties, and with the consent of the defendant, the Court enters this order extending time from calculations under the Speedy Trial Act (18 U.S.C. § 3161) from November 21, 2007 to January 8, 2008. The parties agree, and the Court finds and holds, as follows:

    1. The defendant is presently charged by criminal information for a violation of 18 U.S.C. §2252(a)(4)(B) and (a)(1). Currently, the matter is scheduled for a change of plea hearing before the Honorable Phyllis Hamilton at 1:30 p.m. on January 8, 2008.

2. The attorney for the defendant is continuing the process of reviewing initial discovery from the government and has employed the assistance of an expert consultant to review the discovery - this consultant is not available until mid-December to assist the attorney for the defendant; and the attorney for the defendant believes that an exclusion of time from calculations under the Speedy Trial Act is necessary to allow the defense to effectively prepare in light of these facts and that the continuance and exclusion is in the defendant's best interests and is with the defendant's knowledge and consent; and the attorney for the defendant agrees that the exclusion of time from November 21, 2007, to January 8, 2008 is appropriate under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv);

3. The government attorney will be unavailable due to a pre-planned vacation from December 21, 2007 through January 4, 2008;

3. The defendant understands and joins in the request to exclude time from Speedy Trial Act calculations from November 21, 2007, to January 8, 2008 for the reasons stated above; and

4. The government agrees to the exclusion of time from Speedy Trial Act calculations for the above reasons, and believes it is appropriate in light of the circumstances.

5. The Court finds that there is good cause for the exclusion of time under 18 U.S.C. § 3161, and that the ends of justice served by granting this continuance outweigh the best interests of the public and of the defendant in a speedy trial and the prompt disposition of criminal cases. 18 U.S.C. § 3161(h)(8)(A). The Court further finds that granting this continuance is necessary to ensure continuity of counsel and failure to grant the continuance would deny counsel for all parties reasonable time necessary for effective preparation taking, into account the exercise of due diligence under 18 U.S.C. § 3161(h)(8)(B)(iv).

Accordingly, and with the consent of the defendant, the Court orders that the period from November 21, 2007, to January 8, 2008, be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

Stipulation and [Proposed] Order Excluding
Time CR No. 07-0594 PJH

1
2   DATED: January 7, 2007                    /S/
                                              JOSHUA B. EATON
3                                             Assistant United States Attorney
4
5
6   DATED: January 7, 2007                    /S/
                                              EDWIN PRATHER
7                                             Attorney for JEFFREY HARRISON
8       IT IS SO ORDERED.
9
10  DATED: 1/8/08
                                              THE HON. PHYLLIS HAMILTON
11                                            United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*