UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** January 8, 2008                               **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-0594 PJH

**Case Name:**   UNITED STATES   v.   JEFFREY HARRISON (present)

**Attorney for Plaintiff:**     Josh Eaton; Denise Barton
**Attorney for Defendant:**   Edwin Prather; Craig H. Bessenger

**Deputy Clerk:** Nichole Heuerman                **Court Reporter:** Jim Yeomans

### PROCEEDINGS

Trial Setting/Change of Plea-Held.  Defense counsel informs the court that the defendant will not be entering a guilty plea today.  Defense counsel informs the court that they plan to file a motion to suppress.  The motion shall be filed by 1/30/08; opposition to be filed by 2/13/08; reply to be filed by 2/20/08 with a hearing to be held and noticed for 3/5/08 at 2:30 p.m.  Time is excluded from 1/8/08 to 1/30/08 for effective preparation of counsel.  The government to prepare order regarding exclusion of time.

The court sets a pretrial conference on 4/2/08 at 2:30 p.m. and a jury trial on 4/14/08 at 8:30 a.m. for 3 days.

The court informs the parties that a pretrial services officer shall appear at the motion hearing on 3/5/08 to discuss electronic monitoring issues.  The pretrial services officer shall submit a status report to the court before the hearing.

The defendant is informed that he shall report to the U.S. Marshal Office for processing today.

**CASE CONTINUED TO:** March 5, 2008 at 2:30 p.m.  for Defendant's Motion to Suppress.
                             April 2, 2008 at 2:30 p.m. for Pretrial Conference.
                             April 14, 2008 at 8:30 a.m. (3 days).

--------------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 1/8/08  Ends 1/30/08
--------------------------------------------------------------------------------------------------------------------------

**cc:**     chambers; Wendy; Pretrial Services