EDWIN K. PRATHER (State Bar No. 190536)
CRAIG H. BESSENGER (State Bar No. 245787)
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, California 94109
Telephone:  415.749.1800
Facsimile:  415.749.1694
Email: eprather@clarencedyer.com
         cbessenger@clarencedyer.com

Attorneys for Defendant Jeffrey Harrison

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>        v.<br><br>JEFFREY HARRISON,<br><br>                              Defendant. | Case No. CR-07-0594 PJH<br><br>**NOTICE OF MOTION AND MOTION BY DEFENDANT JEFFREY HARRISON TO MODIFY CONDITIONS OF PRETRIAL RELEASE; [PROPOSED] ORDER**<br><br>Date:      January 17, 2008<br>Time:     9:30 a.m.<br>Judge:    Hon. James Larson |

TO: THE HONORABLE JAMES LARSON, UNITED STATES ATTORNEY

SCOTT N. SCHOOLS, AND ASSISTANT UNITED STATES ATTORNEY DENISE

BARTON,

PLEASE TAKE NOTICE that Defendant Jeffrey Harrison will and hereby does

move to modify the conditions of his pretrial release in the above-referenced matter to allow him

to travel outside of the Northern District of California to the Philippines.  This motion is made

pursuant to this Notice of Motion and Motion to Modify Conditions of Pretrial Release and the

Declaration of Edwin K. Prather In Support of Defendant Harrison's Motion to Modify

Conditions of Pretrial Release.

/////

1

**ARGUMENT**

2

      Defendant Jeffrey Harrison has been released subject to the Court's terms and

3

conditions of release.  A current condition of Mr. Harrison's release is that he not travel outside

4

of the United States.  Defendant Harrison requests the Court's permission for a single trip to

5

Manila, in the Philippines, from January 18, 2008 through January 27, 2008.

6

7

    A.    **Mr. Harrison must be allowed to travel to the Philippines because he owes a
duty to the investors in his company and the company's employees to ensure
the company is able to function in his absence**

8

9

      Mr. Harrison was instrumental in starting a business, Global Mobile Technologies

10

(GMT), which is developing new methods of delivering internet content to cellular phones, and

11

was GMT's Chief Executive Officer and legal counsel.  GMT is headquartered in Singapore, and

12

has offices in the Philippines.  Investors have committed over $7 million to GMT based on the

13

business and technology models propounded by Mr. Harrison.  Now, GMT is approaching a

14

critical juncture – presentations must be made by Mr. Harrison to secure GMT's initial customers

15

and a new executive team must step in to replace Mr. Harrison.

16

      The proposed trip to Manila will allow Mr. Harrison to personally present the new

17

executive team to GMT's proposed customers and business partners, including Proctor &

18

Gamble, JobsDB, Philippine Long Distance Telephone Company, and Smart Cellular.  Mr.

19

Harrison will travel with the proposed executive team, including the CEO, COO, and V.P. of

20

Engineering.  It is crucial that GMT's prospective customers and business partners have faith in

21

the proposed leadership team and that the executive candidates be effectively briefed on GMT's

22

technologies and business models.  These complex meetings must take place in person.  Previous

23

efforts to conduct these briefings and presentations remotely – by phone and memoranda – have

24

failed.  The technical complexities of GMT's products and the personal business relationships

25

necessary for the company's survival simply cannot be navigated at a remove.  Further, because

26

of Mr. Harrison's integral role in founding and leading GMT, only he has the knowledge of both

27

GMT's technologies and its business plan necessary to communicate them to prospective

28

customers and business partners.

1   Mr. Harrison owes a duty to his initial investors to supervise the transition of the

2   company's leadership.  These investors have put forth a substantial amount of capital in reliance

3   on Mr. Harrison's representations regarding the business and his ability to secure the first round

4   of customers.  Similarly, the company's employees are dependant on GMT's ability to continue

5   as a viable business in Mr. Harrison's absence.  Unless Mr. Harrison is able to personally brief

6   the new executive management team and make presentations to GMT's proposed customers and

7   business partners, the company's future is in doubt.

8

9   **B.    Mr. Harrison will take every precaution to assuage fears of his flight and ensure his return to the United States**

10  Under the current terms of his pretrial release, Mr. Harrison may travel within California

11  with the prior approval of Pretrial Services.  Mr. Harrison has been approved to take such trips,

12  including an almost week-long business trip to San Diego that was approved by this Court.  This

13  trip to San Diego was completed without incident.  There is no reason to believe Mr. Harrison

14  will not conduct himself similarly on the proposed trip to the Philippines, and he will take every

15  precaution to assuage any fears that he may flee on this trip.

16  Although Mr. Harrison would never flee, prior to his departure he will sign an agreement

17  waiving the need for extradition proceedings.  Moreover, his wife, son, and daughter will all

18  surrender their passports to the Court for the duration of his trip abroad.  Mr. Harrison will

19  provide the Court, the Government, and Pretrial Services with his complete itinerary, including

20  flight schedule, lodging and telephone contact information, and business meeting schedules.

21  These substantial precautions – which assure Mr. Harrison will have no means of fighting

22  extradition, and cannot be joined by his family should he flee – are more than adequate to secure

23  Mr. Harrison's return to the United States.

24  /////

25  /////

26  /////

27  /////

28  /////

1

**CONCLUSION**

Mr. Harrison respectfully requests that the Court modify the conditions of his pretrial

release to allow him to take one trip outside of the United States to the Philippines in order for

Mr. Harrison to resolve his business obligations there.


Dated: January 10, 2008                          Respectfully submitted,


                                                  _/s/: Edwin K. Prather_____
                                                  EDWIN K. PRATHER
                                                  Clarence & Dyer LLP
                                                  Attorneys for Defendant Jeffrey Harrison



**[PROPOSED] ORDER**

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby modifies its

previous Order pertaining to Mr. Jeffrey Harrison's pretrial release conditions.  Mr. Harrison

shall be allowed to travel outside of the United States to the Philippines.  Mr. Harrison shall

provide the Court, the Government, and Pretrial Services with his travel itinerary in advance of

his departure, sign an extradition agreement, and surrender the passports of his family to the

Court for the duration of his trip abroad.


IT IS SO ORDERED.


Dated:  January ____, 2008             _____
                                       Honorable James Larson
                                       United States District Chief Magistrate Judge

Proof of Service

I, Abbie Chin, declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 899 Ellis Street, San Francisco, California 94109;  I am employed in the County of San Francisco.

On January 11, 2008, I served a copy, with all exhibits, of the following documents:

•      Notice of Motion and Motion by Defendant Jeffrey Harrison to Modify Conditions of Pretrial Release; [Proposed] Order

___X___ (BY ELECTRONIC SERVICE) I caused an electronic delivery subject to 28 U.S.C ¶1746,   Local Rules or General Orders of this Court regarding Electronic Case Filing.  All pleadings and papers must be electronically served in accordance with those Rules or General Orders with email address(es) as noted below:

**Denise Marie Barton**
United States Attorney's Office
450 Golden Gate Avenue, 11th Floor
Box 36055
San Francisco, CA 94102
415-436-7359
Fax: 415-436-7234
Email: denise.barton@usdoj.gov

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed on the above stated date.

/s/:  Abbie Chin
Abbie Chin