EDWIN K. PRATHER (State Bar No. 190536)
CRAIG H. BESSENGER (State Bar No. 245787)
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, California 94109
Telephone: 415.749.1800
Facsimile: 415.749.1694
Email: eprather@clarencedyer.com
       cbessenger@clarencedyer.com

Attorneys for Defendant Jeffrey Harrison

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-07-0594 PJH |
|---|---|
| Plaintiff, | **DEFENDANT'S APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; [PROPOSED] ORDER** |
| v. | |
| JEFFREY HARRISON, | |
| Defendant. | Date: January 17, 2008<br>Time: 9:30 a.m.<br>Judge: Hon. James Larson |

Defendant Jeffrey Harrison hereby respectfully requests an order shortening time for hearing on his Motion to Modify Conditions of Pretrial Release. Defendant requests that this hearing take place at 9:30 a.m. on Thursday, January 17, 2008. Based on conversations with the Assistant United States Attorney and the Pretrial Services Officer in this matter, Defendant submits that filing and service of the accompanying motion on Thursday, January 10, 2008 shall be sufficient notice for the Government to respond to this motion.

/////

/////

/////

Page 1

Defendant Jeffrey Harrison's Application for Order Shortening Time
 for Hearing on Motion to Modify Conditions of Pretrial Release;
  [Proposed] Order [Case No. CR-07-0594 PJH]

Defendant respectfully requests that his motion be heard on shortened time because the requested modification of pretrial release conditions is keyed to meetings scheduled to begin the week of January 20, 2008 in the Philippines.  These meetings are intended to forestall the collapse of a multinational business venture and the concomitant loss of millions of dollars of investment capital.

Dated:  January 10, 2008                    Respectfully submitted,

  /s/: Edwin K. Prather
EDWIN K. PRATHER
Clarence & Dyer LLP
Attorneys for Jeffrey Harrison

### [PROPOSED] ORDER

GOOD CAUSE HAVING BEEN SHOWN, Defendant Jeffrey Harrison's Application for Order Shortening Time for Hearing on Motion to Modify Conditions of Pretrial Release is hereby GRANTED.  Said motion shall be set for hearing at 9:30 a.m. on January 17, 2008.

IT IS SO ORDERED.

Dated:  January ___, 2008                    _____
                                             Honorable James Larson
                                             United States District Chief Magistrate Judge

Page 2

Defendant Jeffrey Harrison's Application for Order Shortening Time
 for Hearing on Motion to Modify Conditions of Pretrial Release;
  [Proposed] Order [Case No. CR-07-0594 PJH]

Proof of Service

I, Abbie Chin, declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 899 Ellis Street, San Francisco, California 94109; I am employed in the County of San Francisco.

On January 11, 2008, I served a copy, with all exhibits, of the following documents:

- **DEFENDANT'S APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; [PROPOSED] ORDER**

___X___ (BY ELECTRONIC SERVICE) I caused an electronic delivery subject to 28 U.S.C ¶1746, Local Rules or General Orders of this Court regarding Electronic Case Filing. All pleadings and papers must be electronically served in accordance with those Rules or General Orders with email address(es) as noted below:

**Denise Marie Barton**
United States Attorney's Office
450 Golden Gate Avenue, 11th Floor
Box 36055
San Francisco, CA 94102
415-436-7359
Fax: 415-436-7234
Email: denise.barton@usdoj.gov

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed on the above stated date.

/s/: Abbie Chin
Abbie Chin

Page 3

Defendant Jeffrey Harrison's Application for Order Shortening Time
for Hearing on Motion to Modify Conditions of Pretrial Release;
[Proposed] Order [Case No. CR-07-0594 PJH]