NANCI L. CLARENCE (State Bar No. 122286)
EDWIN K. PRATHER (State Bar No. 190536)
CRAIG H. BESSENGER (State Bar No. 245787)
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, California 94109
Telephone:  415.749.1800
Facsimile:  415.749.1694
Email: nclarence@clarencedyer.com
         eprather@clarencedyer.com
         cbessenger@clarencedyer.com

Attorneys for Defendant Jeffrey Harrison

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>JEFFREY HARRISON,<br><br>         Defendant. | Case No. CR-07-0594 PJH<br><br>**DECLARATION OF EDWIN K. PRATHER IN SUPPORT OF DEFENDANT JEFFREY HARRISON'S MOTION TO SUPPRESS AND REQUEST FOR EVIDENTIARY HEARING**<br><br>Date:    March 5, 2008<br>Time:    2:30 p.m.<br>Judge:   Hon. Phyllis J. Hamilton |

I, EDWIN K. PRATHER, declare under penalty of perjury as follows:

1.    I am an attorney at law licensed to practice in the State of California and an attorney of record for the defendant Jeffrey Harrison in the above-captioned case.  I make this declaration in support of the defendant's Motion to Suppress and Request For Evidentiary Hearing.

2.    In the course of Clarence & Dyer's representation of Mr. Harrison, Assistant United States Attorney Joshua Eaton provided Clarence & Dyer with discovery in the above-captioned matter.  This discovery included the affidavit of Immigration and Customs Enforcement Special Agent Michael J. Appio, a true and correct copy of which is attached to

Page 1

1  defendant's Motion to Suppress as Exhibit A, and a Customs and Border Patrol Report, a true
2  and correct copy of which is attached to defendant's Motion to Suppress as Exhibit D.
3
4  The foregoing is true and correct of my own personal knowledge and if called as a
5  witness I could and would competently testify thereto.  Executed in San Francisco, California, on
6  January 31, 2008.
7
8                                                             __/s/: Edwin K. Prather_____
9                                                             EDWIN K. PRATHER
                                                              Clarence & Dyer LLP
10                                                            Attorneys for Jeffrey Harrison
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Page 2