NANCI L. CLARENCE (State Bar No. 122286)
EDWIN K. PRATHER (State Bar No. 190536)
CRAIG H. BESSENGER (State Bar No. 245787)
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, California 94109
Telephone:  415.749.1800
Facsimile:  415.749.1694
Email:  nclarence@clarencedyer.com
        eprather@clarencedyer.com
        cbessenger@clarencedyer.com

Attorneys for Defendant Jeffrey Harrison

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY HARRISON,<br><br>Defendant. | Case No. CR-07-0594 PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT JEFFREY HARRISON'S MOTION TO SUPPRESS EVIDENCE**<br><br>Date:    March 5, 2008<br>Time:    2:30 p.m.<br>Judge:   Hon. Phyllis J. Hamilton |

The motion of defendant Jeffrey Harrison to suppress evidence came on regularly for hearing by the Court on March 5, 2008.  The Court, having considered all of the records and papers on file herein, and on proof made to the satisfaction of the Court that the challenged search of defendant Harrison violated the Fourth Amendment to the Constitution, the motion of defendant Harrison to suppress all evidence arising from that search is hereby granted.

IT IS SO ORDERED.

Dated: _____, 2008

_____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

Page 1