1    JOSEPH P. RUSSONIELLO (CSBN 44332)
     United States Attorney
2
     BRIAN STRETCH (CSBN 163973)
3    Chief, Criminal Division

4    DENISE MARIE BARTON (MABN 634052)
     Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7359
7       Facsimile: (415) 436-7234
        denise.barton@usdoj.gov
8
     Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13

14   UNITED STATES OF AMERICA,        )   CR No.  07-0594 PJH
                                       )
15          Plaintiff,                 )   STIPULATION AND [PROPOSED] ORDER
                                       )   TO AMEND DATES FOR MOTION TO
16      v.                             )   SUPPRESS AND JURY TRIAL SCHEDULES,
                                       )   AND TO EXCLUDE TIME UNDER 18 U.S.C.
17   JEFFREY HARRISON,                 )   § 3161
                                       )
18          Defendant.                 )
                                       )
19   _____    )

20          On January 8, 2008, the parties appeared before this Court and set dates for a Motion to

21   Suppress and Jury Trial date.  The parties agreed to the following schedule for the Motion to

22   Suppress:

23          Defendant's Motion to Suppress Evidence:          January 30, 2008

24          Government's Opposition Filing Date:              February 13, 2008

25          Defendant's Reply Filing Date:                   February 20, 2008

26          Hearing on Defendant's Motion:                   March 5, 2008, at 2:30 pm.

27   //

28   //

On January 30, 2008, following submission of a Stipulation, the Court amended the briefing as follows:

| | |
|---|---|
| Defendant's Motion to Suppress Evidence: | February 1, 2008 |
| Government's Opposition Filing Date: | February 15, 2008 |
| Defendant's Reply Filing Date: | February 22, 2008. |

The date for the Hearing remained the same.

On February 2, 2008, counsel for the Government was injured in an accident and has been on medical leave for much of the time since that date.  Counsel for the government will be working part-time on February 13-15, 2008 and February 19, 2008.  However, on February 20, 2008, counsel for the government will have a knee surgery, necessitating additional estimated two weeks medical leave following the surgery.  Although counsel for the government intends to return to work as soon as possible, she has been advised by her doctor that she should plan for a two-weeks absence following the surgery.  Defense counsel does not oppose a short continuance to the filing date of the Government's Opposition based on AUSA Barton's current medical situation.

In light of this circumstance and to afford counsel adequate time to prepare pre-trial filings and, thereafter, to prepare for the hearing and trial, the parties request the following amendments to the previously ordered schedule.  For the Motion to Suppress, the parties request the following:

| | |
|---|---|
| Government's Opposition Filing Date: | March 7, 2008 |
| Defendant's Reply Filing Date: | March 21, 2008 |
| Hearing on Defendant's Motion: | April 9, 2008, at 2:30 pm |
| Evidentiary Hearing (if granted): | April 16, 2008 at 2:30 pm. |

With respect to the trial schedule, on January 8, 2008, the parties agreed to the following:

| | |
|---|---|
| Pre-Trial Conference: | April 2, 2008 |
| Trial: | April 14, 2008. |

On January 9, 2008, the Court issued an *Order For Pretrial Preparation For Criminal Jury Trial* setting pretrial filing dates in relation to the Pre-Trial Conference and Trial dates.  For the

1  reasons set forth above and, in consideration of any continuance to the Motions Hearing date, the

2  parties request the following amendments to the previously ordered trial schedule:

3          Pre-Trial Conference:                            May 7, 2008

4          Trial:                                                    May 19, 2008.

5          The parties agree that the time between February 1, 2008, the date the defendant filed the

6  Motion to Suppress, and April 9, 2008, the date proposed for a hearing on the Motion to

7  Suppress, is properly excluded pursuant to the Speedy Trial Act, Title 18 United States Code,

8  section 3161(h)(1)(F).  The parties further agree that, even in the absence of the defendant filing

9  the Motion to Suppress, this time is properly excluded pursuant to the Speedy Trial Act, Title 18

10  United States Code, sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv) for effective preparation and

11  continuity of counsel.

12

13  SO STIPULATED:

14
                                                          JOSEPH P. RUSSONIELLO
15                                                        United States Attorney

16
    DATED: February 14, 2008                    ___/s/_____
17                                                        DENISE MARIE BARTON
                                                          Assistant United States Attorney
18

19
    DATED: February 14, 2008                    ___/s/_____
20                                                        NANCI L. CLARENCE
                                                          EDWIN K. PRATHER
21                                                        CRAIG H. BESSENGER
                                                          Attorneys for JEFFREY HARRISON
22

23          For the foregoing reasons, the Court amends the briefing schedule and the date for a

24  Hearing on the Motion to Suppress in the manner set forth above.  The Court further amends the

25  trial schedule as follows:

26          Pre-Trial Conference:                            May 7, 2008

27          Trial:                                                    May 19, 2008.

28  The Court also vacates the *Order For Pretrial Preparation For Criminal Jury Trial* dated

1    January 9, 2008.

2         For the reasons stated above, the Court finds that the time between February 1, 2008, the

3    date the defendant filed the Motion to Suppress, and April 9, 2008, the date proposed for a

4    hearing on the Motion to Suppress, is properly excluded pursuant to the Speedy Trial Act, Title

5    18 United States Code, section 3161(h)(1)(F).  The Court further finds, for the foregoing reasons,

6    that the ends of justice served by granting the requested continuance outweigh the best interests

7    of the public and the defendant in a speedy trial and failure to do so would deny government

8    counsel continuity of counsel and reasonable time for effective preparation, taking into account

9    the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(A) and § 3161(h)(8)(B)(iv).

10   Accordingly, time shall be excluded from February 1, 2008 through April 9, 2008.

11

12

13

     SO ORDERED.

14

15

16   DATED:_____            _____
                                       HONORABLE PHYLLIS J. HAMILTON
17                                     United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28