NANCI L. CLARENCE (State Bar No. 122286)
CRAIG H. BESSENGER (State Bar No. 245787)
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, California 94109
Telephone: 415.749.1800
Facsimile: 415.749.1694
Email: eprather@clarencedyer.com
       cbessenger@clarencedyer.com

Attorneys for Defendant Jeffrey Harrison

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>JEFFREY HARRISON,<br><br>              Defendant. | Case No. CR-07-0594 PJH<br><br>**NOTICE OF SUBSTITUTION** |

TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

PLEASE TAKE NOTICE THAT THE CLERK IS hereby asked to enter the appearance of Nanci L. Clarence of Clarence & Dyer LLP, and to withdraw the appearance of Edwin K. Prather, also of Clarence & Dyer LLP.  The Clerk is requested to change the docket sheet and other Court records so as to reflect that all Orders and communications from the Court will in the future be directed to Nanci L. Clarence at the above mailing address, telephone number, facsimile number and email address as attorney of record on behalf of Jeffrey Harrison.

Dated:  March 7, 2008                    Respectfully submitted,

                                         /s/: Nanci L. Clarence
                                         NANCI L. CLARENCE
                                         Clarence & Dyer LLP
                                         Attorneys for Jeffrey Harrison

Notice of Substitution
[Case No. CR-07-0594 PJH]

Page 1

Proof of Service

I, Abbie Chin, declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 899 Ellis Street, San Francisco, California 94109; I am employed in the County of San Francisco.

On March 7, 2008, I served a copy, with all exhibits, of the following documents:

- **NOTICE OF SUBSTITUTION**

___X___ (BY ELECTRONIC SERVICE) I caused an electronic delivery subject to 28 U.S.C ¶1746, Local Rules or General Orders of this Court regarding Electronic Case Filing. All pleadings and papers must be electronically served in accordance with those Rules or General Orders with email address(es) as noted below:

**Denise Marie Barton**
United States Attorney's Office
450 Golden Gate Avenue, 11th Floor
Box 36055
San Francisco, CA 94102
415-436-7359
Fax: 415-436-7234
Email: denise.barton@usdoj.gov

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed on the above stated date.

/s/:  Abbie Chin
Abbie Chin