**PROPOSED ORDER/COVER SHEET**

TO:        Honorable James Larson            RE:    Jeffrey Harrison
           Chief U.S. Magistrate Judge

FILED

2008 MAR -9 AM 2:21

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA

FROM:      Claudette M. Silvera, Chief        DOCKET NO.:    CR 07-0594 PJH
           U.S. Pretrial Services Officer

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Rich Sarlatte                                  415-436-7508
U.S. PRETRIAL SERVICES OFFICER                 TELEPHONE NUMBER

RE:    MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐    I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒    Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No.
     _____F_____ on ___3-20-08___ at ___11:00 a.m___.

☒    Inform all parties concerned that a Bail Review Hearing will be conducted by:
     Magistrate Judge ___LARSON___ Presiding  District Court Judge_____

☐    I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐    Modification(s)

     A.

     B.

☐    Bail Revoked/Bench Warrant Issued.

☐    I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐    Other Instructions:

     _____Thank you._____

     _____

     _____

     _____              ___3-10-08___
     JUDICIAL OFFICER                       DATE

Cover Sheet (12/03/02)