|  |  |
|---|---|
| UNITED STATES, | |
| Plaintiff(s), | No. CR07-0594 PJH (JL) |
| v. | **NOTICE OF CONTINUANCE** |
| JEFFREY HARRISON, | |
| Defendant(s). | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Bail review hearing in the above entitled case is hereby continued from March 20, 2008 to March 27, 2008 @ 11:00 a.m. in Courtroom F before Chief Magistrate Judge James Larson.

Dated: March 18, 2008

_____
Wings Hom Courtroom Deputy to
Chief United States Magistrate Judge
James Larson

Blank.frm                   1