JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR No. 07-0594 PJH |
|     Plaintiff, | ) **NOTICE OF DISMISSAL** |
| v. | ) |
| JEFFREY HARRISON, | ) |
|     Defendant. | ) |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Information

//
//
//
//
//
//
//

NOTICE OF DISMISSAL - CR 07-0594 PJH      1

with prejudice due to the death of the defendant.

DATED: March 27, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

BRIAN STRETCH
Chief, Criminal Division

    Leave is granted to the government to dismiss the above Information, and the Information is hereby dismissed.

IT IS SO ORDERED.

DATED: _____

HONORABLE PHYLLIS J. HAMILTON
United States District Court Judge

NOTICE OF DISMISSAL - CR 07-0594 PJH     2