JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No.  07-0594 PJH |
|     Plaintiff, | **NOTICE OF DISMISSAL** |
|     v. | |
| JEFFREY HARRISON, | |
|     Defendant. | |

       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

United States Attorney for the Northern District of California dismisses the above Information

//
//
//
//
//
//
//

NOTICE OF DISMISSAL - CR 07-0594 PJH             1

1  with prejudice due to the death of the defendant.

2

3

4

5  DATED: March 27, 2008                    Respectfully submitted,

6                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney
7

8

9  _____
   BRIAN STRETCH
10  Chief, Criminal Division

11

12         Leave is granted to the government to dismiss the above Information, and the

13  Information is hereby dismissed.

14

15  IT IS SO ORDERED.

16

17

18  DATED: _____3/27/08_____

19                                            HO_____ AMILTON
                                            Uni_____ ge
20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL - CR 07-0594 PJH                                    2