NANCI L. CLARENCE (State Bar No. 122286)
CRAIG H. BESSENGER (State Bar No. 245787)
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, California 94109
Telephone: 415.749.1800
Facsimile: 415.749.1694
Email: nclarence@clarencedyer.com
       cbessenger@clarencedyer.com

Attorneys for Defendant Jeffrey Harrison

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-07-0594 PJH |
| Plaintiff, | **REQUEST FOR EXONERATION OF BAIL; [PROPOSED] ORDER EXONERATING BAIL** |
| v. | |
| JEFFREY HARRISON, | |
| Defendant. | |

On March 27, 2008, the Court dismissed with prejudice the Information in the above-captioned case due to Mr. Harrison's death.

Counsel now respectfully requests exoneration of Mr. Harrison's bail, including his U.S. passport, which was tendered to the Court pursuant to the pretrial release order in this matter.

Dated: March 31, 2008                Respectfully submitted,

                                      /s/: Craig H. Bessenger
                                     CRAIG H. BESSENGER
                                     Clarence & Dyer LLP
                                     Attorneys for Jeffrey Harrison

IT IS SO ORDERED.

Dated: _March 31_____, 2008        _____
                                     HONORABLE PHYLLIS J. HAMILTON
                                     United States District Judge

Request For Exoneration of Bail; [Proposed] Order Exonerating Bail
[Case No. CR-07-0594 PJH]

**Proof of Service**

I, Abbie Chin, declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 899 Ellis Street, San Francisco, California 94109; I am employed in the County of San Francisco.

On March 31, 2008, I served a copy, with all exhibits, of the following documents:

- **REQUEST FOR EXONERATION OF BAIL; [PROPOSED] ORDER EXONERATING BAIL**

\_\_\_X\_\_\_ (BY ELECTRONIC SERVICE) I caused an electronic delivery subject to 28 U.S.C ¶1746, Local Rules or General Orders of this Court regarding Electronic Case Filing. All pleadings and papers must be electronically served in accordance with those Rules or General Orders with email address(es) as noted below:

**Denise Marie Barton**
United States Attorney's Office
450 Golden Gate Avenue, 11th Floor
Box 36055
San Francisco, CA 94102
415-436-7359
Fax: 415-436-7234
Email: denise.barton@usdoj.gov

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed on the above stated date.

/s/: Abbie Chin
Abbie Chin

Request For Exoneration of Bail; [Proposed] Order Exonerating Bail
[Case No. CR-07-0594 PJH]